# CYRUS & ADKINS, *Attorneys at Law*

---

John F. Cyrus, Esquire *(Of Counsel)*
jfcyrus@cyrusandadkins.com

S. Douglas Adkins, Esquire
sdadkins@cyrusandadkins.com

422 9th Street, Suite 300
Huntington, West Virginia 25701
Telephone: (304) 522-9593
Facsimile:  (304) 522-9596



October 19, 2021

The Honorable Frank W. Volk
Judge, U.S. District Court
Robert C. Byrd United States Courthouse
110 North Herber Street, Room 336
Beckley, West Virginia 25801

Re:   Markel Insurance Company v. Jan-Care Ambulance Service, Inc.
      Case No.: 5:21-CV-00293

Dear Judge Volk:

I served as the mediator in the above-styled civil action and the underlying civil actions styled Candence Dick, et al., v. Employers' Innovative Network, LLC, et al., Civil Action No.: 21-C-18-B, and Donnie L. Young, et al., v. Employers' Innovative Network, LLC, et al., Civil Action No.: 20-C-193-P, pending in the Circuit Court of Raleigh County. The mediation occurred over two days at the law offices of Jackson & Kelly in Charleston. All parties were represented by their respective counsel and representatives.

In regard to the DJA pending in this Court, Barbara J. Keefer and David Lockwood, Markel's coverage counsel, and Colin Hite, Associate General Counsel with Markel Insurance Company, were present and participated. Leigh G. Latherow, coverage counsel for Jan-Care, and Mike Thomas, the Safety Director of Jan-Care, were also present and participated.

I am pleased to report that the parties were able to reach a settlement of the issues pertaining to the DJA. Since the two underlying cases involve wrongful death claims, they will require approval from the Raleigh County Circuit Court. I do not know the date of the hearing seeking Court approval.

If you need any further information from me then please advise.

The Honorable Frank W. Volk
October 19, 2021
Page 2

Thank you for the opportunity to be of assistance to the Court and the parties.

Very truly yours,

CYRUS & ADKINS

*S. Douglas Adkins*

S. Douglas Adkins

SDA/jk

cc:   Amanda J. Taylor, Esquire
      J.R. Carter, Esquire
      Barbara J. Keefer, Esquire
      Leigh G. Latherow, Esquire
      Rory L. Perry, II, Clerk, U.S. District Court