IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MARKEL INSURANCE COMPANY,** a foreign corporation,

    Plaintiff,

v.

                                                                                              Civil Action No. 5:21-cv-00293
                                                                      Honorable Frank W. Volk

**JAN-CARE AMBULANCE SERVICE, INC.,** a West Virginia Corporation, **JAN-CARE AMBULANCE OF NICHOLAS COUNTY, INC.,** a West Virginia Corporation, **JAN-CARE AMBULANCE OF RALEIGH COUNTY, INC.,** a West Virginia Corporation, and **JAN-CARE AMBULANCE, INC.,** a West Virginia Corporation,

    Defendants.

## JOINT STIPULATION OF DISMISSAL
## WITH PREJUDICE

    On this day came to the parties who have appeared in this case, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and file this Joint Stipulation Of Dismissal With Prejudice.

    This Stipulation is being presented as set forth this Court's Order of October 4, 2021 [Docket No. 32] that retired this case to the Court's inactive docket with leave for the parties to submit a stipulation of dismissal dismissing this case with prejudice.

    By the signatures reflected below, all parties that have appeared in the case evidence their agreement and consent to this Joint Stipulation Of Dismissal With Prejudice, with each party to bear its own attorneys' fees and costs.

    Dated this 3rd day of January, 2022.

35035/1537

**Presented by:**

/s/ *Brent K. Kesner*

Brent K. Kesner (WVSB #2022)
**Kesner & Kesner, PLLC**
112 Capitol Street
P. O. Box 2587
Charleston, WV 25329
*Counsel for Markel Insurance Company*

**Approved by:**

/s/ *Leigh Gross Latherow* with permission

Leigh Gross Latherow (WVSB #12116)
**VanAntwerp Attorneys, LLP**
1544 Winchester Avenue, Fifth Floor
P.O. Box 1111
Ashland, KY 41105-1111
*Counsel for Defendants*

/s/ *Amanda J. Taylor* with permission

Amanda J. Taylor, Esq. (WVSB #11635)
**NEW, TAYLOR & ASSOCIATES**
430 Harper Park Drive
PO Box 5516
Beckley, WV 25801
*Counsel for Movant, Candence Dick, et al.*

/s/ *D. Blake Carter, Jr.* with permission

D. Blake Carter, Jr., Esq. (WVSB #9970)
**Bailey, Javins & Carter, L.C.**
213 Hale Street
Charleston, WV 25301
*Counsel for Movant, Donnie L. Young, et al.*

2